FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 AUG 21 PM 1:40
CLERK
SO. DIST. OF GA.

# United States District Court
## for the Southern District of Georgia
### Statesboro Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CR 618-005 |
| ) | |
| ANTHONY DENNINO, ) | |
| ) | |
| Defendant. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 36, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

**SO ORDERED** this  21  day of August, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA